# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## U.S. Probation / Pretrial Services

**J. Scott Thibodeaux**  
Chief U.S. Probation Officer

319 Federal Building and U. S. Courthouse  
35 East Mountain Street  
Fayetteville, Arkansas 72701  
Office - 479-442-9892  
Fax - 479-442-5276

May 21, 2013

Honorable Jimm Larry Hendren  
U.S. District Judge  
U.S. Courthouse and Federal Building  
35 East Mountain  
Fayetteville, Arkansas 72701

                RE:    **VELAZQUEZ, Elizabeth**  
                       Dkt. No.: 5:10CR50043-001  
                       <u>**REQUEST FOR TRANSFER OF JURISDICTION**</u>

Dear Judge Hendren:

On December 7, 2010, the offender was sentenced by Your Honor to 27 months imprisonment, 3 years supervised release, $100 special assessment fee, and a $3,000 fine.

The offender was released from the Bureau of Prisons on May 4, 2012, at which time the offender's term of supervised release commenced. The offender was deported from the United States due to her status as an illegal alien on September 7, 2012. On March 29, 2013, the defendant illegally reentered the United States and has subsequently been charged will Illegal Reentry in to the United States after Deportation in the U.S. District Court of the Southern District of Texas, McAllen Division (SD/TX).

The U.S. Probation Office for the Western District of Arkansas (WD/AR) submitted a Report on Offender Under Supervision to Your Honor regarding this new criminal offense and violation of supervised release on April 10, 2013, requesting no action be taken at that time. Since that date the defendant has entered a plea of guilty to this offense and is pending sentencing at this time. Due to this, it is respectfully requested that this case be transferred to the jurisdiction of the Court in the SD/TX so the violation of supervised release may be taken up at the time of sentencing for the new offense.

If Your Honor is in agreement with transferring jurisdiction to the SD/TX, please find attached the Transfer of Jurisdiction forms. If further information is needed or required, please advise.

Respectfully,

*Abby M. McKinhey*  
Abby M. McKinhey  
U.S. Probation Officer

Reviewed by:

*Donna R. Brown*  
Donna R. Brown  
Supervising U.S. Probation Officer

✓ Transfer Jurisdiction  
___ Other _____

*[signature]* 5/22/13  
Honorable Jimm Larry Hendren   Date  
U.S. District Judge